312 So.2d 45

**In re Roscoe C. HIGGINBOTHAM**

**v.**

**STATE.**

**Ex parte Roscoe C. Higginbotham.**

**SC 1219.**

Supreme Court of Alabama.

April 24, 1975.

George K. Williams, Huntsville, for petitioner.

None for the State.

SHORES, Justice.

Petition of Roscoe C. Higginbotham for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Higginbotham v. State, 54 Ala.App. 633, 312 So.2d 31.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.

■

317 So.2d 541

**In re Marcy HOLLOWAY**

**v.**

**CITY OF BIRMINGHAM.**

**Ex parte CITY OF BIRMINGHAM.**

**SC 1331.**

Supreme Court of Alabama.

Aug. 21, 1975.

L. H. Warren, Birmingham, for petitioner.

No brief for respondent.

HEFLIN, Chief Justice.

Petition of City of Birmingham for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Holloway v. City of Birmingham*, 55 Ala.App. 568, 317 So.2d 535.

Writ denied.

BLOODWORTH, FAULKNER, ALMON and EMBRY, JJ., concur.